IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **13-cr-152-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.**    **DANIEL PEREZ-INDA,**

        Defendant.

## ORDER

Kane, J.

Pursuant to and in accordance with the Sentencing Hearing held before me on this date, it is

**ORDERED** that the defendant, Daniel Perez-Inda, is sentenced to **time served.**

Dated this 20th day of June, 2013.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court